**STATE of Missouri, Respondent,**

**v.**

**Johnny FRENCH, Appellant.**

**No. WD 66098.**

Missouri Court of Appeals, Western District.

April 3, 2007.

James F. Speck, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Johnny French appeals his convictions for two counts of first-degree child molestation, section 566.067. Mr. French alleges error in the trial court's admission of hearsay evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b)